```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                   JACKSONVILLE DIVISION
```

TUYEN NGOC PHAN,

      Plaintiff,

v.                                            CASE NO. 3:07-cv-85-J-20HTS

NELNET, INC., a Nebraska
Corporation,

      Defendant.

_____

**O R D E R**

This cause is before the Court on the following matters:

1. The Motion for Leave to File Amended Complaint (Doc. #16; Motion), filed on June 27, 2007. It is represented "Defendant's counsel . . . agreed to give consent for Plaintiff to file a Second Amended Complaint." Motion at 2.

Upon consideration, the Motion (Doc. #16) is **GRANTED** and the Clerk of the Court is directed to file the Second Amended Complaint, which is attached to the Motion as Exhibit A.

2. The Motion to Seal (Doc. #14), filed by Plaintiff on June 11, 2007. No opposition has been filed pursuant to Rule 3.01(b), Local Rules, United States District Court, Middle District of Florida, and the time for doing so has passed.

In light of the Court having granted Plaintiff leave to amend her complaint, the Motion to Seal (Doc. #14) is **DENIED AS MOOT**. However, the Clerk of the Court shall return to Plaintiff the attachments marked as Exhibits A, B (both documents marked as Exhibit B), C, D, E, G, H, I, J, K, and Q, appended to the Amended Complaint for Injunctive Relief and Punitive Damage (Doc. #7) and the same exhibits attached to the Motion for Leave to File Amended Complaint (Doc. #5) and remove their images from the electronic filing system.  If Ms. Phan wishes to use these documents in future court filings, she shall ensure that any confidential information is redacted and that she complies with the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, section II(I)(1)(a), which states that "[u]nless the court orders otherwise, an electronic filing made with the court that includes a social security number . . . may include only . . . [t]he last four digits of the social security number[.]"  *See also* Rule 1.01(a), Local Rules, United States District Court, Middle District of Florida.

   **DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of August, 2007.

                              /s/         Howard T. Snyder
                              HOWARD T. SNYDER
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
      pro se parties, if any